UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
THE CHARTER OAK FIRE INSURANCE COMPANY,

                     Plaintiff,

              -against-

AMERICAN CASUALTY CO. OF READING, PA,

                     Defendant.
-----------------------------------------------------------------X

Civil Action No. 3:24-cv-03992

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-captioned action is voluntarily dismissed, without prejudice against Defendant American Casualty Co. of Reading, PA pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs to any party as against the other.

Dated: September 27, 2024

**USERY & ASSOCIATES**

By: _/s/ Michael E. Buckley_
Michael E. Buckley, Esq.
*Attorneys for The Charter Fire Insurance Company*
Direct : 917.778.6411
Fax : 844.571-3789
Email: mbuckle4@travelers.com

Please address all correspondence sent by mail to:
P.O. Box 2996
Hartford, CT 06104-2996

Physical Address:
485 Lexington Avenue, 6th Floor
New York NY 10017

**CORPORATE LITIGATION CNA**

By: _/s/ Janet J. Lee_
Janet J. Lee, Esq.
*Attorneys for Defendant American Casualty Co of Reading, PA*
125 Broad Street, 7th Floor
New York, NY 10004
Ph. 212.440.2516
Janet.Lee@cna.com